```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
               FAYETTEVILLE DIVISION
```

BRANDON MARQUIS NEELY                                    PLAINTIFF

    v.                          No. 08-5092

CORPORAL SHARP, et al.                                   DEFENDANTS

<u>**ORDER**</u>

Now on this 3rd day of July, 2008, comes on for consideration the **Report and Recommendation (Doc. 3)** filed herein on June 11, 2008, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. Plaintiff has not filed any objections to the Report and Recommendation.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: The Report and Recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, this action is **DISMISSED** on the grounds that plaintiff has failed to comply with a court order and has failed to prosecute this action. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

                                    /S/JIMM LARRY HENDREN
                                    JIMM LARRY HENDREN
                                    UNITED STATES DISTRICT JUDGE